# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| MARY H. CARROLL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-cv-345 |
| | ) | No. 3:08-cv-73 |
| | ) | |
| | ) | (Consolidated) |
| | ) | |
| | ) | (Phillips) |
| KNOX COUNTY BOARD OF EDUCATION | ) | |
| and ROY E. MULLINS, former Superintendent | ) | |
| for Knox County Schools, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the motion for summary judgment by defendants Knox County Board of Education and Roy E. Mullins. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Mary Carroll take nothing, that plaintiff's federal claims be **DISMISSED WITH PREJUDICE**, that plaintiff's state claims be **DISMISSED WITHOUT PREJUDICE**, and that the defendants recover of the plaintiff their costs of action.

The final pretrial conference scheduled for November 10, 2010 and the trial scheduled for November 16, 2010 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of June, 2010.

1

s/ Patricia L. McNutt
Clerk of Court